junction, and it is plain that no grounds existed for the establishment of an implied easement, which would be necessary to granting an injunction. It is plain that no such ground existed and the rules of law relied on were clearly inapplicable. *Lindenfelser,* supra, and cases cited.

Decree reversed and bill dismissed. Costs to be paid by appellees.

Mr. Justice BENJAMIN R. JONES concurs in the result.

### Schade et al., Appellants, *v.* Millcreek Township School District.

Argued October 7, 1963. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*James R. Waidley,* with him *James F. Toohey,* for appellants.

*Conrad A. Pearson,* with him *William W. Knox,* and *Knox, Weber, Pearson & McLaughlin,* School District Solicitors, *James W. Evans,* Township Solicitor,

and *Lindley R. McClelland,* County Solicitor, for appellees.

OPINION PER CURIAM, November 12, 1963:
Orders affirmed. Costs on appellants.

## Clairton School District Appeal.

Argued October 1, 1963. Before MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Robert D. Hanson,* with him *Richard W. Cleckner* and *Walter J. Kress,* for appellant.

*John D. Killian, III,* Deputy Attorney General, with him *Walter E. Alessandroni,* Attorney General, for board, appellee.